UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 2:18-CR-0034-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR RECONSIDERATION |
| MICHAEL D. MILLER, | |
| Defendant. | |

BEFORE THE COURT is Defendant's Motion for Reconsideration. ECF No. 47.  The Court has reviewed the record and files therein and is fully informed.  For the reasons discussed below, Defendant's motion is denied.

## DISCUSSION

Defendant seeks reconsideration of this Court's August 13, 2021, denial of his motion to reduce his sentence.  ECF No. 47.  Defendant contends that he is now eligible for safety valve reduction in his guideline calculation.

ORDER DENYING MOTION FOR RECONSIDERATION ~ 1

On December 21, 2018, the First Step Act became effective. In part, it changed the requirements necessary for the Safety Valve to apply. Congress, however, did not make the provision retroactive. *United States v. Manzo*, 793 Fed. Appx. 620 (9th Cir. 2020). The First Step Act specifically provides that such amendments are only to apply if the sentence has not been imposed as of the date of the Act's enactment. First Step Act of 2018, Pub. L. No. 115-391, § 402(b), 132 Stat. 5194, 5221 ("The amendment made by this section shall apply only to a conviction entered on or after the date of enactment of this Act.").

Defendant was sentenced on October 23, 2018, before the Act became effective and the change in law for safety valve calculations does not apply retroactively. Because Defendant was sentenced before the First Step Act was enacted, he is not entitled to be resentenced according to its reforms. *See United States v. Asuncion*, 974 F.3d 929, 934 (9th Cir. 2020), *cert. denied*, 141 S. Ct. 2544 (2021).

Defendant contends that his criminal history does not preclude him from the new Safety Valve amendment. However, Defendant presented to the Court at sentencing with criminal history category VI and was precluded from the Safety Valve before the amendment.

//

//

ORDER DENYING MOTION FOR RECONSIDERATION ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion for Reconsideration, ECF No. 47, is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

DATED October 29, 2021.



THOMAS O. RICE
United States District Judge